UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| **KYSENG KHOU,** *Not Detained*<br>**A-087-073-230,**<br><br>          Plaintiff,<br><br>vs.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** et al.,<br><br>          Defendant. | NO. 2:12-cv-00864-RSL<br><br>STIPULATED MOTION FOR ORDER TO HOLD CASE IN ABEYANCE UNTIL MARCH 11, 2013<br><br>**Noted for consideration on:**<br>**September 12, 2012.** |

## STIPULATION

On August 27, 2012, Defendant reopened Plaintiff's I-360, Petition for Amerasian, Widower, or Special Immigrant. United States Citizenship and Immigration Services ("USCIS"), has since determined that additional time is needed to obtain information from Plaintiff and process the petition. Consequently, the parties hereby STIPULATE and AGREE TO hold this case in abeyance until March 11, 2013.

//

//

//

JOINT STIPULATION FOR ORDER OF ABEYANCE
[Case No. 12-00864 RSL] - 1

DATED this 11th day of September 2012.

/s/ *Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA 28533
Assistant United States Attorney
Western District of Washington
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970
E-mail:  Priscilla.chan@usdoj.gov
Attorney for Defendants

/s/ *William Frick*
WILLIAM FRICK, WSBA 26648
Attorney at Law
Law Office of William Frick
7900 SE 28th Street, Suite 500
Mercer Island, WA  98040
(206) 286-0167
E-mail:  william@fricklawfirm.info
Attorney for Plaintiff

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that this case will be held in abeyance until March 11, 2013.

Dated this 14th day of September, 2012.

                                    _/s/ Robert S. Lasnik_
HONORABLE ROBERT S. LASNIK

*Presented by:*

/s/ *Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA 28533
Assistant United States Attorney
Western District of Washington
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970
E-mail:  Priscilla.chan@usdoj.gov
Attorney for Defendants

/s/ *William Frick*
WILLIAM FRICK, WSBA 26648
Attorney at Law
Law Office of William Frick
7900 SE 28th Street, Suite 500
Mercer Island, WA  98040
(206) 286-0167
E-mail:  william@fricklawfirm.info
Attorney for Plaintiff