UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| **KYSENG KHOU,** *Not Detained*<br>**A-087-073-230,**<br><br>            Plaintiff,<br><br>vs.<br><br>**U.S. CITIZENSHIP AND**<br>**IMMIGRATION SERVICES,** et al.,<br><br>            Defendant. | NO. 2:12-cv-00864-RSL<br><br>STIPULATED MOTION FOR ORDER TO HOLD CASE IN ABEYANCE UNTIL MARCH 11, 2013<br><br>**Noted for consideration on:**<br>**September 12, 2012.** |

## **STIPULATION**

On August 27, 2012, Defendant reopened Plaintiff's I-360, Petition for Amerasian, Widower, or Special Immigrant. United States Citizenship and Immigration Services ("USCIS"), has since determined that additional time is needed to obtain information from Plaintiff and process the petition. Consequently, the parties hereby STIPULATE and AGREE TO hold this case in abeyance until March 11, 2013.

//

//

//

JOINT STIPULATION FOR ORDER OF ABEYANCE
[Case No. 12-00864 RSL] - 1

DATED this 11th day of September 2012.

| | |
|---|---|
| /s/ *Priscilla T. Chan* | /s/ *William Frick* |
| PRISCILLA T. CHAN, WSBA 28533 | WILLIAM FRICK, WSBA 26648 |
| Assistant United States Attorney | Attorney at Law |
| Western District of Washington | Law Office of William Frick |
| U.S. Attorney's Office | 7900 SE 28th Street, Suite 500 |
| 700 Stewart Street, Suite 5220 | Mercer Island, WA  98040 |
| Seattle, WA  98101-1271 | (206) 286-0167 |
| (206) 553-7970 | E-mail:  william@fricklawfirm.info |
| E-mail:  Priscilla.chan@usdoj.gov | Attorney for Plaintiff |
| Attorney for Defendants | |

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that this case will be held in abeyance until March 11, 2013.

Dated this 14th day of September, 2012.

*[signature]*
HONORABLE ROBERT S. LASNIK

*Presented by:*

| | |
|---|---|
| /s/ *Priscilla T. Chan* | /s/ *William Frick* |
| PRISCILLA T. CHAN, WSBA 28533 | WILLIAM FRICK, WSBA 26648 |
| Assistant United States Attorney | Attorney at Law |
| Western District of Washington | Law Office of William Frick |
| U.S. Attorney's Office | 7900 SE 28th Street, Suite 500 |
| 700 Stewart Street, Suite 5220 | Mercer Island, WA  98040 |
| Seattle, WA  98101-1271 | (206) 286-0167 |
| (206) 553-7970 | E-mail:  william@fricklawfirm.info |
| E-mail:  Priscilla.chan@usdoj.gov | Attorney for Plaintiff |
| Attorney for Defendants | |